Patrick BELLINGER, Appellant,

v.

Keith LINDSEY, et al., Respondents.

No. ED 103703

Missouri Court of Appeals,
Eastern District,
**NORTHERN DIVISION.**

Filed: January 31, 2017

Lee R. Elliott, Troy, MO, for appellant.

Keith A. Lindsey, Moscow Mills, MO, pro se.

Before Philip M. Hess, C.J., Lawrence E. Mooney, J., and Robert M. Clayton III, J.

### ORDER

#### PER CURIAM

Patrick Bellinger appeals from the trial court's judgment denying his petition for declaratory judgment, permanent injunction, abatement of nuisances, removal of encroachments, and damages against Keith and Olivia Lindsey, owners of property within a subdivision being developed by Mr. Bellinger. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We deny appellant's motion to strike respondents' brief. We affirm. Rule 84.16(b)(5).